# COMPLAINT/REMOVAL DISMISSAL
## United States District Court
### Southern District of New York

Mag. Judge Dkt. No. 18-MJ-3303             Date 6-29-20

USAO No. 2018R00565

The Government respectfully requests the Court to dismiss without prejudice the ___ Complaint ✓ Removal Proceedings in

United States v. Domingo Reyes

The Complaint/Rule 40 Affidavit was filed on April 18, 2018

✓ U.S. Marshals please withdraw warrant.

ASSISTANT UNITED STATES ATTORNEY

Karin Portlock
(Print name)

**SO ORDERED:**

_Kathaine H Parker_                                6/30/2020

UNITED STATES MAGISTRATE JUDGE                     DATE

Distribution:   White → Court      Yellow → U.S. Marshals      Green → Pretrial Services      Pink → AUSA Copy